NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KARL O. KOKESCH,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETAY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2010-7053

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 07-CV-3423, Judge Mary J. Schoelen.

---

**JUDGMENT**

---

DAVID E. BOELZNER, Goodman, Allen & Filetti, of Richmond, Virginia, argued for claimant-appellant.

CLAUDIA BURKE, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent-appellee. On the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, BRIAN M. SIMKIN, Assistant Director, and HILLARY STERN, Attorney. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and Y. KEN LEE, Attorney, Office of the General Counsel, United States Department of Veterans Affairs, of Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, LINN, and MOORE, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2010     /s/JanHorbaly
Date                     Jan Horbaly
                        Clerk